Aaron M. Panner (*pro hac vice* to be filed)
David L. Schwarz (Bar. No. 206257)
Thomas G. Schultz (*pro hac vice* to be filed)
Mark P. Hirschboeck (*pro hac vice* to be filed)
Rachel A. DeLisle (*pro hac vice* to be filed)
Drew T. Beussink (*pro hac vice* to be filed)
Hojoon Kim (*pro hac vice* to be filed)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
dschwarz@kellogghansen.com
tschultz@kellogghansen.com
mhirschboeck@kellogghansen.com
rdelisle@kellogghansen.com
dbeussink@kellogghansen.com
hkim@kellogghansen.com

John D. Pernick (Bar No. 155468)
Andrew Johnson (Bar No. 322069)
BERGESON, LLP
111 N. Market St., Suite 600
San Jose, CA 95113
(408) 291-6200
jpernick@be-law.com
ajohnson@be-law.com

*Attorneys for Newsmax Broadcasting, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NEWSMAX BROADCASTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOX CORPORATION AND ROKU, LLC,<br><br>Defendants. | Case No. 5:26-cv-14066<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Newsmax Broadcasting, LLC ("Newsmax") hereby submits this Corporate Disclosure Statement. Undersigned counsel of record certifies that Newsmax is a wholly owned subsidiary to Newsmax Inc. Newsmax Inc. is a publicly traded company whose shares are listed on the New York Stock Exchange. Newsmax Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Newsmax will advise this Court in the event it learns of any additional interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

DATED: November 18, 2026

/s/ *David L. Schwarz*
Aaron M. Panner (*pro hac vice* to be filed)
David L. Schwarz (Bar No. 206257)
Thomas G. Schultz (*pro hac vice* to be filed)
Mark P. Hirschboeck (*pro hac vice* to be filed)
Rachel A. DeLisle (*pro hac vice* to be filed)
Drew T. Beussink (*pro hac vice* to be filed)
Hojoon Kim (*pro hac vice* to be filed)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
dschwarz@kellogghansen.com
tschultz@kellogghansen.com
mhirschboeck@kellogghansen.com
rdelisle@kellogghansen.com
dbeussink@kellogghansen.com
hkim@kellogghansen.com

John D. Pernick (Bar No. 155468)
Andrew Johnson (Bar No. 322069)
BERGESON, LLP
111 N. Market St., Suite 600
San Jose, CA 95113
(408) 291-6200
jpernick@be-law.com
ajohnson@be-law.com

*Attorneys for Newsmax Broadcasting, LLC*